

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00762-CV

**In the Matter of B. D. S.**

NO. 2013-06337J IN THE 313TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/17/2015 | EXEMPT | ANT |
| RPT RECORD | $336.60 | 01/16/2015 | PAID | STA |
| CLK RECORD | $15.00 | 09/18/2014 | INDIGENT | ANT |
| FILING | $195.00 | 09/12/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $556.60.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 28, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**